UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                        :
URBANRIDE, INC.,                                        :
                                                        :
                            Plaintiff,                  :
                                                        :                    23-CV-6999 (JAV)
                                                        :
              -v-                                       :
                                                        :                    ORDER
URBAN WORLDWIDE, INC.,                                  :
                                                        :
                            Defendant.                  :
                                                        :
----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

It is HEREBY ORDERED that this matter is scheduled for a jury trial beginning **Monday, November 16, 2026, at 9:00 am**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. **That trial date should be treated as a firm date.** Counsel should immediately confirm the trial date with any and all witnesses and advise the Court if the date is a problem. If counsel fails to bring any such conflict to the Court's attention within the next three days, no adjournments will be granted on that basis.

It is FURTHER ORDERED that counsel for all parties shall appear for a final pretrial conference on **Monday, November 9, 2026,** at **2:30 pm**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

It is FURTHER ORDERED that, in accordance with Paragraph 8.J of the Court's Individual Rules and Practices for Civil Cases, by **October 26, 2026**, the parties shall file on ECF and submit by email to VargasNYSDChambers@nysd.uscourts.gov the parties' joint request to charge, joint proposed *voir dire* questions, and joint proposed verdict form.

It is FURTHER ORDERED that, by **October 26, 2026**, the parties shall jointly submit by email to VargasNYSDChambers@nysd.uscourts.gov the parties' deposition designations, in the form prescribed by in accordance with Paragraph 8.I of the Court's Individual Rules and Practices for Civil Cases.

The parties should review the Court's Individual Rules and Practices for Hearings and Trials. Three business days before the start of trial, the parties must submit an exhibit list and all

pre-marked exhibits to the Court in accordance with, and in the format required by, Rule 3 of those Individual Rules.

       SO ORDERED.

Dated:  June 18, 2026
        New York, New York

                                    JEANNETTE A. VARGAS
                                    United States District Judge